### STATE v. WILLIAM ANDERSON.

(Filed 15 June 1962.)

APPEAL by defendant from *Williams, J.*, and *Burgwyn, E.J.*, October 1961 Criminal Term of ALAMANCE.

Defendant is charged in bills of indictment in cases Nos. 32, 78, 80, 109, 133 and 200, variously with the criminal offenses of larceny and felonious breaking and entering. There are six counts of larceny (two of them misdemeanors) and three counts of breaking and entering. The indictments in cases 32, 133 and 200 were returned by the grand juries of Guilford, Orange and Durham Counties respectively. These cases were removed to Alamance for trial. The other three cases were instituted in Alamance County.

Defendant entered pleas of guilty in all the cases before Williams, J., who presided during the first week of the two-weeks term.

Judge Williams imposed active prison sentences as follows: Case No. 32, 5 years; No. 78, 5 years, to begin at the expiration of the

sentence in 32; in each of the cases, Nos. 80, 109, 133 and 200, not less than 3 nor more than 5 years.

Defendant moved before Burgwyn, E.J., who presided during the second week of the term, to vacate the sentences imposed by Judge Williams on the grounds that they were irregularly entered and defendant's constitutional rights were violated by the sentencing procedure. The motion was overruled.

Defendant appeals from the sentences imposed and from the ruling on the motion.

*Attorney General Bruton for the State.*
*Dalton, Long & Latham for defendant.*

PER CURIAM. This is a companion appeal with *State v. Pope, ante* 326. Pleas were entered and sentences imposed at the same time as in the *Pope* case. Defendant herein and Pope made identical motions to vacate judgments, and rely on the same facts and legal principles to support the motions. Except for the indictments, sentences and the names of the defendants, the records and briefs in the two appeals are in all material respects the same.

On the authority of the opinion in the *Pope* case, the judgments entered by Judge Williams and the ruling and order of Judge Burgwyn are

Affirmed.